United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-10689-jkf
Shelley Collins                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey           Page 1 of 1              Date Rcvd: Aug 03, 2017
                               Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db            +Shelley Collins,   407 S. Cobbs Creek Parkway,   Philadelphia, PA 19143-1017
cr            +Pennsylvania Housing Finance Agency,   c/o Leon P. Haller, Esq.,   1719 North Front Street,
               Harrisburg, PA 17102-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 04 2017 01:32:24     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2017 01:31:58
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2017 01:32:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                       TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              DAVID M. OFFEN   on behalf of Debtor Shelley  Collins dmo160west@gmail.com,
              davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER   on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
              dmaurer@pkh.com
              MATTEO SAMUEL WEINER   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
              PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                       TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shelley Collins | CHAPTER 13 |
| Debtor(s) | |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) | |
| Movant | NO. 16-10689 JKF |
| vs. | |
| Shelley Collins | |
| Debtor(s) | |
| | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | |
| Trustee | |

## <u>ORDER</u>

AND NOW, this 2nd  day of  August         , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 407 South 63rd Street a/k/a 407 Cobbs Creek Parkway, Philadelphia, PA 19143 ("Property"), as to Movant, its successors or assignees.

_____

United States Bankruptcy Judge.

Shelley Collins
407 S. Cobbs Creek Parkway
Philadelphia, PA 19143

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532