# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | SHELLEY COLLINS, | : Chapter 13 |
| | | : |
| | Debtor | : Bky. No. 16-10689ELF |

# O R D E R

AND NOW, the above chapter 13 bankruptcy case having been filed on **February 1, 2016**;

**AND**, no chapter 13 plan having been confirmed;

**AND**, on **September 29, 2017**, this case having been reassigned to the undersigned judge;

It is hereby **ORDERED** that:

1. The confirmation hearing presently **SCHEDULED** on **October 5, 2017** is **RESCHEDULED** to **October 17, 2017**, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA.

2. The Debtor's counsel **SHALL APPEAR** and shall be prepared to

    a. summarize the issues in the case that have delayed confirmation of the Debtor's chapter 13 plan;

    b. identify and describe all motions, objections and complaints, if any, that still must be filed and resolved to render the plan confirmable; and

    c. propose deadlines for doing so.

Date: **October 2, 2017**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE