United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10689-elf
Shelley Collins                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 1          Date Rcvd: Oct 03, 2017
                             Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
db             +Shelley Collins,    407 S. Cobbs Creek Parkway,    Philadelphia, PA 19143-1017
cr             +Pennsylvania Housing Finance Agency,   c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:36
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Shelley  Collins dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   SHELLEY COLLINS,        :   Chapter 13
                                 :
         Debtor                  :   Bky. No.  16-10689ELF

# O R D E R

**AND NOW,** the above chapter 13 bankruptcy case having been filed on **February 1, 2016**;

**AND**, no chapter 13 plan having been confirmed;

**AND**, on **September 29, 2017**, this case having been reassigned to the undersigned judge;

It is hereby **ORDERED** that:

1. The confirmation hearing presently **SCHEDULED** on **October 5, 2017** is **RESCHEDULED** to **October 17, 2017**, **at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. The Debtor's counsel **SHALL APPEAR** and shall be prepared to

    a. summarize the issues in the case that have delayed confirmation of the Debtor's chapter 13 plan;

    b. identify and describe all motions, objections and complaints, if any, that still must be filed and resolved to render the plan confirmable; and

    c. propose deadlines for doing so.

**Date: October 2, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE