United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10689-elf
Shelley Collins                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John              Page 1 of 2              Date Rcvd: Nov 15, 2017
                               Form ID: pdf900         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db          +Shelley Collins,    407 S. Cobbs Creek Parkway,    Philadelphia, PA 19143-1017
cr          +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
              Harrisburg, PA 17102-2305
13668853    +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13711218     ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13668854    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13668858     Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13687876    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3f
13668860    +Slsc/Efs,    Po Box 61047,    Harrisburg, PA 17106-1047
13668864    +Sun Trust,    1001 Semmes Ave  Po Box 27172,    Richmond, VA 23224-2245
13766749    +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, PA 17101-1466
13668868    +Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
13668869     Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:41     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:11
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13747509     E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:41     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13699038    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2017 01:59:06     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13668855    +E-mail/Text: blegal@phfa.org Nov 16 2017 01:59:25     Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13668857    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2017 01:59:06     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                    TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13668856*   +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
13668861*   +Slsc/Efs,    Po Box 61047,    Harrisburg, PA 17106-1047
13668862*   +Slsc/Efs,    Po Box 61047,    Harrisburg, PA 17106-1047
13668863*   +Slsc/Efs,    Po Box 61047,    Harrisburg, PA 17106-1047
13668865*   +Sun Trust,    1001 Semmes Ave  Po Box 27172,    Richmond, VA 23224-2245
13668866*   +Sun Trust,    1001 Semmes Ave  Po Box 27172,    Richmond, VA 23224-2245
13668867*   +Sun Trust,    1001 Semmes Ave  Po Box 27172,    Richmond, VA 23224-2245
13668859     ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                        TOTALS: 0, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                      Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: John          Page 2 of 2          Date Rcvd: Nov 15, 2017
                             Form ID: pdf900      Total Noticed: 19

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
       DAVID M. OFFEN    on behalf of Debtor Shelley  Collins dmo160west@gmail.com,
    davidoffenecf@gmail.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
    PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
    dmaurer@pkh.com;mgutshall@pkh.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
    PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
    PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
    PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
    philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                     TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :          **Chapter 13**
      **SHELLEY COLLINS,**                     :
          **Debtor(s)**                        :          **Bky. No.   16-10689ELF**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  **November 15, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**